| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2019 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) GARCIA, ORLANDO L. | 2. Court or Organization U.S. DISTRICT COURT | 3. Date of Report 05/04/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) ARTICLE III JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2019 to 12/31/2019 |

**7. Chambers or Office Address**

John H. Wood, Jr. US Courthse.
655 E. Ceasar Chavez Blvd.
San Antonio, TX 78206

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/1/2002 | State legislative and judicial pension accounts which have vested and are created under Texas state law |
| 2. | 12/1/2012 | I am presently receiving my state legislative pension which began at age 50. I am presently receiving my state judicial pension which began at age 60. |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **GARCIA, ORLANDO L.** | 05/04/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Employees Retirement System of Texas (state legislative pension-paid in monthly installments) | $27,331.00 |
| 2. 2019 | Judicial Retirement System of Texas | $18,333.36 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | San Antonio ISD - salary |
| 2. 2019 | Northern Trust Company |
| 3. 2019 | Teacher Retirement System of Texas |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **GARCIA, ORLANDO L.** | 05/04/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **GARCIA, ORLANDO L.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   FROST BANK CHECKING | A | Int./Div. | J | T | | | | | |
| 2.   FROST BANK SAVINGS | A | Int./Div. | M | T | | | | | |
| 3.   BLACKROCK, INC. | A | Int./Div. | J | T | | | | | |
| 4.   AMERICAN EXPRESS | A | Int./Div. | J | T | | | | | |
| 5.   APPLE, INC. | A | Int./Div. | J | T | | | | | |
| 6.   CHEVRON | A | Int./Div. | J | T | | | | | |
| 7.   CISCO SYSTEM | A | Int./Div. | J | T | | | | | |
| 8.   COCA COLA | A | Int./Div. | J | T | | | | | |
| 9.   DOW CHEMICAL | A | Int./Div. | J | T | | | | | |
| 10.   EVERSOURCE ENERGY | A | Int./Div. | J | T | | | | | |
| 11.   EXXON MOBILE | A | Int./Div. | J | T | | | | | |
| 12.   GENERAL ELECTRIC | A | Int./Div. | J | T | | | | | |
| 13.   IBM | A | Int./Div. | J | T | | | | | |
| 14.   JOHNSON AND JOHNSON | A | Int./Div. | J | T | | | | | |
| 15.   J.P. MORGAN CHASE | A | Int./Div. | J | T | | | | | |
| 16.   LOCKHEED MARTIN | A | Int./Div. | J | T | | | | | |
| 17.   LOWES | A | Int./Div. | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   MICROSOFT CORP. | A | Int./Div. | J | T | | | | | |
| 19.   ORACLE CO. | A | Int./Div. | J | T | | | | | |
| 20.   PFIZER | A | Int./Div. | J | T | | | | | |
| 21.   PROCTOR & GAMBLE | A | Int./Div. | J | T | | | | | |
| 22.   SIEMENS A G | A | Int./Div. | J | T | | | | | |
| 23.   T ROWE PRICE GROUP | A | Int./Div. | J | T | | | | | |
| 24.   UNITED TECHNOLOGIES | A | Int./Div. | J | T | | | | | |
| 25.   VERIZON COMMUNICATIONS | A | Int./Div. | J | T | | | | | |
| 26.   WALMART STORES, INC. | A | Int./Div. | J | T | | | | | |
| 27.   WELLS FARGO BANK NA | A | Int./Div. | J | T | | | | | |
| 28.   COHEN & STEERE PREFERRED | A | Int./Div. | J | T | | | | | |
| 29.   FIRST EAGLE GLOBAL FD | A | Int./Div. | J | T | | | | | |
| 30.   OPPENHEIMER DEVELOPING | A | Int./Div. | J | T | | | | | |
| 31.   VANGUARD BALANCED INDEX | A | Int./Div. | J | T | | | | | |
| 32.   AT&T INC. | A | Int./Div. | J | T | | | | | |
| 33.   BCE INC | A | Int./Div. | J | T | | | | | |
| 34.   BECKTON DICKINSON & CO | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARCIA, ORLANDO L. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. BANK OF AMERICA, CORP | A | Int./Div. | J | T | Buy | 12/11/19 | J | | |
| 36. CITIBANK, INC. | A | Int./Div. | J | T | Buy | 12/11/19 | J | | |
| 37. FORD MOTOR CO. | A | Int./Div. | J | T | Buy | 12/11/19 | J | | |
| 38. GENERAL MOTOR CO. | A | Int./Div. | J | T | Buy | 12/11/19 | J | | |
| 39. GENERAL MILLS, INC. | A | Int./Div. | J | T | Buy | 12/11/19 | J | | |
| 40. HOME DEPOT, INC. | A | Int./Div. | J | T | Buy | 12/11/19 | J | | |
| 41. LOCKHEED MARTIN CORP. | A | Int./Div. | J | T | Buy | 12/11/19 | J | | |
| 42. PHILIP MORRIS INTL | A | Int./Div. | J | T | Buy | 12/11/19 | J | | |
| 43. TEXAS INSTRUMENTS | A | Int./Div. | J | T | Buy | 12/11/19 | J | | |
| 44. UNITED TECHNOLOGIES | A | Int./Div. | J | T | Buy | 12/11/19 | J | | |
| 45. VALERO ENERGY GROUP | A | Int./Div. | J | T | Buy | 12/11/19 | J | | |
| 46. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

N/A

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **S/ ORLANDO L. GARCIA**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544